# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO US COURT, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00623-ADA-SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 7) |

　　　　Plaintiff Billy Driver is a state prisoner proceeding *pro se* in this civil action, which he filed on May 24, 2022. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 7, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(a) and (g) and that plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. (Doc. No. 5.) On June 27, 2022, plaintiff filed objections to findings and recommendations.  (Doc. No. 6.)  On July 13, 2022, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $402.00 filing fee within twenty-one (21) days. (Doc. No. 7.) In that order, plaintiff was also warned that if he failed to pay the filing fee

1

within the specified time, the action would be dismissed. (*Id*. at 3.)

To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 31, 2022                                  _____
UNITED STATES DISTRICT JUDGE